lant. Case below, Court of Appeals No. 18728, per curiam opinion of February 12, 1976.

MARCH 29, 1977

PEOPLE v YACKS. (Docket No. 55908.) Motion to dismiss filed by plaintiff-appellee is considered, and pursuant to GCR 1963, 865.1(7), attorneys James R. Neuhard and Terence R. Flanagan are ordered to show cause within 10 days of certification of this order why they should not be held in contempt for failure to comply, until March 2, 1977, with this Court's order of June 13, 1974, appointing State Appellate Defender for the preparation and filing with this Court of an application for leave to appeal on behalf of defendant-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief, Appellate Division, and *Joel B. Saxe,* Senior Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported below: 49 Mich App 444.

PEOPLE v ROBERSON. (Docket No. 56596.) The motion to dismiss filed by plaintiff-appellee is considered, and pursuant to GCR 1963, 865.1(7), attorneys James R. Neuhard and Lander C. McLoyd are ordered to show cause within 10 days of certification of this order why they should not be held in contempt for failure to comply with this Court's order of January 27, 1975, appointing State Appellate Defender for the preparation and filing with this Court of an application for leave to appeal on behalf of defendant-appellant. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *Robert F. Leonard,* Prosecuting Attorney, *Donald A. Kuebler,* Chief, Appellate Division, and *Joel B. Saxe,* Senior Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported below: 55 Mich App 413.